

1334 PARKVIEW AVENUE, SUITE 280 MANHATTAN BEACH, CALIFORNIA 90266
WWW.BLAKELYLAWGROUP.COM  T 310-546-7400  F 310-546-7401

May 20, 2020

**VIA ECF**
Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007-1312

Re: Chrome Hearts LLC v. Fauxfriends New York, et. al.
Case No. 20-cv-1931 (LJL)

Dear Judge Liman:

For the above-referenced matter filed on March 4, 2020 there is an Initial Pretrial Conference scheduled to take place on May 26, 2020 at 10:30 a.m. Plaintiff currently has until June 2, 2020 to serve Defendants with the Complaint and Summons as required. However due to the difficulties presented by Covid-19, Plaintiff has been unable to do so.

Plaintiff respectfully requests that Plaintiff receive ninety two (92) additional days in which to serve Defendants, making the last day to serve Defendants **September 2, 2020**, and that the Pretrial Conference also be moved out till **September 9, 2020**. This is Plaintiff's first request for an extension.

Application for 92-day adjournment is DENIED. The Initial Pretrial Conference is RESET to June 25, 2020 at 11:30 a.m. and will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101. A proposed Case Management Plan and Scheduling Order is due one week prior.

Respectfully Submitted:

*/s/ Brent H. Blakely*
Brent H. Blakely
BLAKELY LAW GROUP
*Attorneys for Plaintiff*
*Chrome Hearts LLC*

5/20/2020

_____
LEWIS J. LIMAN
United States District Judge