```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
CHROME HEARTS LLC,                                              :
                                                                :
                                    Plaintiff,                  :
                                                                :      20-cv-1931 (LJL)
              -v-                                               :
                                                                :           ORDER
FAUXFRIENDS NEW YORK, ET AL,                                    :
                                                                :
                                    Defendants.                 :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020

LEWIS J. LIMAN, United States District Judge:

      The Initial Pretrial Conference previously scheduled for June 25, 2020 is ADJOURNED to September 2, 2020 at 3:00 p.m. It will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.

      SO ORDERED.

Dated: June 18, 2020
      New York, New York

                                                        LEWIS J. LIMAN
                                          United States District Judge