```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CHROME HEARTS LLC, a Delaware Limited Liability                   :
Company,                                                          :
                                                                  :
                          Plaintiff,                              :    20-cv-1931 (LJL)
                                                                  :
        -v-                                                       :    ORDER
                                                                  :
FAUXFRIENDS NEW YORK, an Unknown Business                         :
Entity; ISIAH POINTER, an Individual; and Does 1-10,              :
                                                                  :
                          Defendant(s).                           X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2020

LEWIS J. LIMAN, United States District Judge:

    Chrome Hearts LLC ("Chrome Hearts") brought this suit against FauxFriends New York ("FauxFriends"), alleging that FauxFriends had unlawfully infringed upon its trademarks. An initial pre-trial conference was originally scheduled for June 25, 2020, but was adjourned to September 2, 2020. On August 31, 2020, Chrome Hearts filed a notice of voluntary dismissal without prejudice with respect to FauxFriends and Isiah Pointer, leaving only Does 1-10 as defendants. Neither party appeared at the initial pre-trial conference.

    As the plaintiff failed to appear at the pre-trial conference, the Court orders it to show cause why the case should not be dismissed for failure to prosecute. The deadline for the plaintiff to show cause is October 2, 2020.

    SO ORDERED.

Dated: September 2, 2020
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge