UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/2/2020__
```

-----------------------------------------------------------------------X
                                          :

CHROME HEARTS LLC, a Delaware Limited Liability  :
Company,                                       :
                                          :

                Plaintiff,         :               20-cv-1931 (LJL)
                                        :

             -v-                    :               <u>ORDER</u>
                                        :

FAUXFRIENDS NEW YORK, an Unknown Business  :
Entity; ISIAH POINTER, an Individual; and Does 1-10,  :
                                          :
                Defendants.        X

-----------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      On August 31, 2020, Plaintiff voluntarily dismissed its case against all Defendants excepting Does 1-10. Dkt. No. 16. On September 2, 2020, Plaintiff voluntarily dismissed its case against the remaining Defendants. Dkt. No. 18. The Court respectfully directs the Clerk of the Court to close the case.

      SO ORDERED.

Dated: October 2, 2020
      New York, New York                     _____
                                       LEWIS J. LIMAN
                                United States District Judge